UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA    )
    )
        v.    )    CAUSE NO. 3:11-CR-91(02)RM
    )
NATHAN VANDERAA    )

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on October 20, 2011. Accordingly, the court ADOPTS those findings and recommendations [docket # 21], ACCEPTS defendant Nathan Vanderaa's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(3).

SO ORDERED.

ENTERED:   November 8, 2011

    /s/ Robert L. Miller, Jr.
    Judge, United States District Court